```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2725
 5
 6
 7
                   IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )   CASE NO.  10-192 JAM
11                               )
                  Plaintiff,     )   STIPULATION AND ORDER
12                               )   CONTINUING STATUS CONFERENCE
    v.                           )
13                               )
    BRANDON SAVALOJA,            )
14                               )
                  Defendant.     )
15                               )
                                 )
16
```

17      The parties request that the status conference currently set for
18 Tuesday, March 27, 2012 at 9:30 a.m., be continued to Tuesday, April
19 17, 2012 at 9:30 a.m., and stipulate that the period of time between
20 and including those dates should be excluded from the calculation of
21 time under the Speedy Trial Act.  18 U.S.C. § 3161.
22      The parties are still actively involved in pre-trial
23 negotiations and discussing possible resolutions.  Furthermore, the
24 parties are jointly investigating the defendant's role in the offense
25 in light of recent discoveries.  The parties expect the case to
26 resolve very soon.
27      Accordingly, the parties believe that the continuance should be
28 excluded from the calculation of time under the Speedy Trial Act.

                                   1

The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 23, 2012     By: */s/ Daniel S. McConkie*
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney


DATED: March 23, 2012     By: */s/ Daniel S. McConkie* for
                              LINDSAY ANNE WESTON
                              Attorney for the Defendant
                              by telephonic authorization

**ORDER**

The status conference currently set for Tuesday, March 27, 2012 at 9:30 a.m. is continued to Tuesday, April 17, 2012 at 9:30 a.m., and the time period between and including those dates is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4. The Court finds that the

///
///
///
///
///
///

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 3/26/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge