```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2725
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )  CASE NO.  10-192 JAM
11                               )
                    Plaintiff,   )  STIPULATION AND ORDER
12                               )  CONTINUING STATUS CONFERENCE
    v.                           )
13                               )
    BRANDON SAVALOJA,            )
14                               )
                    Defendant.   )
15                               )
                                 )
16
```

17    The parties request that the status conference currently set for
18 Tuesday, April 17, 2012 at 9:30 a.m., be continued to Tuesday, May 1,
19 2012 at 9:30 a.m., and stipulate that the period of time between and
20 including those dates should be excluded from the calculation of time
21 under the Speedy Trial Act.  18 U.S.C. § 3161.

22    The parties have nearly concluded all investigation and pre-plea
23 negotiations.  The parties expect that the defendant will plead
24 guilty at the next court appearance.

25    Accordingly, the parties believe that the continuance should be
26 excluded from the calculation of time under the Speedy Trial Act.
27 The additional time is necessary to ensure effective preparation,
28 taking into account the exercise of due diligence.  18 U.S.C. §

1

3161(h)(7)(B)(iv) and Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 16, 2012    By: */s/ Daniel S. McConkie*
DANIEL S. McCONKIE
Assistant U.S. Attorney

DATED: April 16, 2012    By: */s/ Daniel S. McConkie* for
LINDSAY ANNE WESTON
Attorney for the Defendant
by telephonic authorization

### ORDER

The status conference currently set for Tuesday, April 17, 2012 at 9:30 a.m. is continued to Tuesday, May 1, 2012 at 9:30 a.m., and the time period between and including those dates is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: April 16, 2012    /s/ John A. Mendez
United States District Judge