```
1  LINDSAY ANNE WESTON
   Attorney State Bar #73132
2  P.O. Box 74310
   Davis, CA 95616
3  (530)756-7774
4  Attorney for Defendant
   BRANDON SAVALOJA
5
```

<pre>
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA     ) Case No.: CR S-10-192-JAM
                             )
         Plaintiff,          ) STIPULATION AND ORDER
                             ) CONTINUING SENTENCING HEARING
    vs.                      ) AND SETTING MODIFIED BRIEFING
                             ) SCHEDULE RE PSR AND OBJECTIONS
BRANDO SAVALOJA,             )
                             )
         Defendant           )
</pre>

It is hereby stipulated and agreed to between the United States of America of America through Assistant United States Attorney Daniel S. McConkie , and the defendant, Brandon Savaloja by and through his counsel, Lindsay Anne Weston, that the sentencing hearing scheduled for August 21, 2012, at 9:45 be continued to October 2, 2012, at 9:45, and that the Court adopt the following revised schedule for objections to the pre-sentence report:

Written objections to the draft pre-sentence report:         September 4, 2012
Disclosure of pre-sentence report:                           September 11, 2012
Motion for correction of PSR                                 September 18, 2012
Reply or statement of non-opposition                         September 25, 2012.

    This request is made by the defense. Defense counsel needs additional time to confer with the defendant, address complicated factual issues, and address a possible guideline range objection. During the period of time previously set for filing informal objections to the draft pre-sentence report, defense counsel was engaged in handling a family crisis involving her minor

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

child which required significant time away from work and made it difficult to timely provide informal objections to the probation officer and to counsel for the government.

Dated: August 10, 2012

Respectfully submitted,

*/s/Lindsay Anne Weston*

_____
LINDSAY ANNE WESTON
Attorney for Defendant
BRANDON SAVALOJA

Dated: August 10, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Daniel S. McConkie*

_____
DANIEL S. MCCONKIE
Assistant United States Attorney
Attorney for the Plaintiff

## ORDER

**IT IS SO ORDERED**.

Dated: 8/14/2012

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com