```
 1  LINDSAY ANNE WESTON
    Attorney State Bar #73132
 2  P.O. Box 74310
    Davis, CA 95616
 3  (530)756-7774

 4  Attorney for Defendant
    BRANDON SAVALOJA
 5
```

<br>

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | EASTERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) Case No.: CR S-10-192-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER SETTING |
| vs. | ) MODIFIED BRIEFING SCHEDULE TO ) ACCEPT LATE SENTENCING |
| BRANDO SAVALOJA, | ) MEMORANDUM |
| Defendant | ) |

It is hereby stipulated and agreed to between the United States of America of America through Assistant United States Attorney Daniel S. McConkie , and the defendant, Brandon Savaloja by and through his counsel, Lindsay Anne Weston, that the Court accept defendant's sentencing memorandum which was filed late on September 21, 2012, rather than September 18, 2012. The parties request the sentencing date of October 2, 2012, at 9:30, remain the same and the date for reply or statement of non-opposition to the PSR, September 25, 2012, remain the same.

////

////

////

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

This request is made by the defense. Informal objections were timely filed but defendant's sentencing memorandum took more time to draft than counsel anticipated. The defendant is in custody and the parties are prepared to proceed for sentencing on October 2, 2012.

Dated: September 25, 2012  Respectfully submitted,

*/s/Lindsay Anne Weston*

_____
LINDSAY ANNE WESTON
Attorney for Defendant
BRANDON SAVALOJA

Dated:  September 25, 2012  BENJAMIN B. WAGNER
United States Attorney

*/s/ Daniel S. McConkie* by Lindsay Weston

_ _____
DANIEL S. MCCONKIE
Assistant United States Attorney
Attorney for the Plaintiff

## ORDER

**IT IS SO ORDERED**.

Dated:  9/25/2012  /s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com